53 So.3d 1047 (2010)
Michael GOLDMAN, Appellant,
v.
Faye RESNICK, Appellee.
No. 3D09-2640.
District Court of Appeal of Florida, Third District.
November 10, 2010.
Rehearing Denied March 4, 2011.
Michael Goldman, in proper person.
Navon and Lavin and Andrew T. Lavin, Fort Lauderdale, for appellee.
Before GERSTEN and SUAREZ, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1980).